**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00903-CV

**EVAN LANE (VAN) SHAW, Appellant/Cross-Appellee**

**V.**

**D. BRENT LEMON, Appellee/Cross-Appellant**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-01451**

## ORDER

The Court has before it D. Brent Lemon's April 11, 2013 unopposed motion for twenty-one day extension of time to file appellee/cross-appellant's reply brief. We **GRANT** the motion and **ORDER** that any such reply brief be filed by May 8, 2013.

/s/     ELIZABETH LANG-MIERS
          JUSTICE